IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.:

KENNETH CRAWFORD,

      Plaintiff,

v.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, KENNETH CRAWFORD ("Plaintiff"), by and through his undersigned counsel, and hereby sues Defendant, WAL-MART STORES EAST, LP, and in support thereof, alleges the following:

## GENERAL ALLEGATIONS

1.     This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2.     At all times material to this action, Plaintiff was a natural person residing in Broward County, Florida.

3.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, was a Foreign Limited Partnership authorized and licensed to conduct and transact business in the State of Florida, specifically in Broward County, Florida.

4.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, maintained agents and/or representatives in Broward County, Florida, for purposes of carrying out its business.

Exhibit A

1

5.      At all times material to this action, Defendant, WAL-MART STORES EAST, LP, owned, possessed, controlled, operated, managed, and/or maintained the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076.

6.      On or about December 13, 2022, Plaintiff was lawfully on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for a purpose directly or indirectly connected to the general premises.

7.      At all times material to this action, Plaintiff was not prohibited from entering and/or being on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076.

8.      At all times material to this action, Plaintiff did not remain on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for an unreasonable amount of time.

9.      All conditions precedent to the filing and/or maintenance of this action against Defendant, WAL-MART STORES EAST, LP, have been performed, occurred, excused, and/or waived.

10.     All conditions precedent to the filing and/or maintenance of this action against Defendant, WAL-MART STORES EAST, LP, have been performed, occurred, excused, and/or waived.

11.     Venue is proper in Broward County, Florida.

12.     Jurisdiction is proper in Broward County Circuit Court.

## COUNT I

## NEGLIGENCE CLAIM AGAINST DEFENDANT, WAL-MART STORES EAST, LP

13.     Plaintiff hereby adopts and realleges paragraphs one through twelve (1-12) above, as though fully set forth and incorporated herein.

14.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, owed a duty of care and a non-delegable duty of care to the Plaintiff, as an invitee, to maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition.

15.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, owed a duty of care and a non-delegable duty of care to the Plaintiff, as an invitee, to correct any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care.

16.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, owed a duty of care and a non-delegable duty of care to the Plaintiff, as an invitee, to warn of any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, had, or should have had, knowledge greater than that of the Plaintiff.

17.     At all times material to this action, Defendant, WAL-MART STORES EAST, LP, owed a duty of care and a non-delegable duty of care to the Plaintiff, as an invitee, to remedy any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, had actual and/or constructive knowledge.

18.     Notwithstanding, Defendant, WAL-MART STORES EAST, LP, breached its duties of care owed to the Plaintiff, as an invitee, in one or more of the following manners[1]:

a.   Negligently failing to devise any policies and procedures or adequate policies and procedures for purposes of identifying any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

b.   Negligently failing to implement any policies and procedures or adequate policies and procedures for purposes of identifying any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

c.   Negligently failing to train its employees or adequately train its employees for purposes of identifying any dangerous conditions on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

d.   Negligently failing to devise any policies and procedures or adequate policies and procedures for purposes of evaluating and assessing whether

---

[1] The following breaches of duties owed to the Plaintiff are merely a representative sample of those breaches presently believed or known to exist and are neither intended to, nor do they serve to limit, any of the various breaches identified herein, or (a) any additional breaches which require further investigation and/or testing to identify; or (b) any additional breaches that have not been discovered or could not have been discovered through the exercise of reasonable diligence.

the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, constitutes or presents a dangerous condition when the flooring inside said premises becomes wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

e.      Negligently failing to implement any policies and procedures or adequate policies and procedures for purposes of evaluating and assessing whether the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, constitutes or presents a dangerous condition when the flooring inside said premises becomes wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

f.      Negligently failing to train its employees or adequately train its employees for purposes of evaluating and assessing whether the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, constitutes or presents a dangerous condition when the flooring inside said premises becomes wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or visitors of the business establishment, including the Plaintiff, when traversing around the subject property;

g.  Negligently failing to inspect or adequately inspect the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for purposes of evaluating and assessing whether the flooring inside said premises was wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

h.  Negligently failing to inspect or adequately inspect the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for purposes of evaluating and assessing whether the flooring inside said premises has a minimum dynamic co-efficient of friction to prevent and/or lessen slip and falls on wet and/or slippery substances due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

i.  Negligently failing to test or adequately test the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for purposes of evaluating and assessing whether the flooring inside said premises was wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

j.      Negligently failing to test or adequately test the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, for purposes of evaluating and assessing whether the flooring inside said premises has a minimum dynamic co-efficient of friction to prevent and/or lessen slip and falls on wet and/or slippery substances due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

k.      Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not drying or adequately drying the flooring of any wet and/or slippery substances inside said premises due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

l.      Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not cleaning up and/or wiping away or adequately cleaning up and/or wiping away any wet and/or slippery substances on the flooring inside said premises due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of

7

risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

m.  Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by allowing wet and/or slippery substances due to environmental and/or non-environmental conditions to remain on the flooring inside said premises, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

n.  Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not placing an adequate number of recessed or other water-absorbent mats inside said premises, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

o.  Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by allowing it to remain without placing an adequate number of recessed or other water-absorbent mats inside said premises, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

p.   Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by painting or repainting the flooring inside said premises without skid-resistant and/or anti-slip paint, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

q.   Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by surfacing or resurfacing the flooring inside said premises without skid-resistant and/or anti-slip material(s), thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

r.   Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by allowing the flooring inside said premises that was painted or repainted without skid-resistant and/or anti-slip paint to remain, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

s.   Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a

reasonably safe condition by allowing the flooring inside said premises that was surfaced or resurfaced without skid-resistant and/or anti-slip material(s) to remain, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

t.    Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not painting the walkway surfaces with an abrasive additive, cross cut grooving, texturing or other appropriate means to render the inside walkway surface slip resistant where wet conditions may be reasonably foreseeable, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

u.    Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not drying or adequately drying the flooring inside said premises of any wet and/or slippery substances due to environmental and/or non-environmental conditions during periods of pedestrian use, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

v.    Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a

reasonably safe condition by not placing any signage around said premises where it was wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

w.  Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not placing any cones around said premises where it was wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

x.  Negligently failing to maintain or adequately maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition by not limiting and/or restricting access around said premises where it was wet and/or slippery due to environmental and/or non-environmental conditions, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

y.  Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by not drying or adequately drying the flooring of any wet and/or slippery substances inside said premises due to environmental and/or non-

11

environmental conditions, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

z.  Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by not cleaning up and/or wiping away or adequately cleaning up and/or wiping away any wet and/or slippery substances on the flooring inside said premises due to environmental and/or non-environmental conditions, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

aa.  Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by allowing wet and/or slippery substances due to environmental and/or non-environmental conditions to remain on the flooring inside said premises, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business

12

establishment, including the Plaintiff, when traversing around the subject property;

bb.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by not placing an adequate number of recessed or other water-absorbent mats inside and/or outside said premises, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

cc.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by allowing it to remain without placing an adequate number of recessed or other water-absorbent mats inside and/or outside said premises, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

dd.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by painting or repainting the flooring inside said premises without skid-resistant and/or anti-slip paint, about which Defendant, WAL-MART

13

STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

ee.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by surfacing or resurfacing the flooring inside said premises without skid-resistant and/or anti-slip material(s), about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

ff.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by allowing the flooring inside said premises that was painted or repainted without skid-resistant and/or anti-slip paint to remain, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

gg.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by allowing the flooring inside said premises that was surfaced or resurfaced

14

without skid-resistant and/or anti-slip material(s) to remain, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

hh.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, by not painting the inside walkway surfaces with an abrasive additive, cross cut grooving, texturing or other appropriate means to render the walkway surface slip resistant where wet conditions may be reasonably foreseeable, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

ii.   Negligently failing to correct the dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, condition by not drying or adequately drying the flooring inside said premises of any wet and/or slippery substances due to environmental and/or non-environmental conditions during periods of pedestrian use, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, thus creating a foreseeable zone of risk to customers and/or guests of the business

establishment, including the Plaintiff, when traversing around the subject property;

jj.   Negligently failing to warn the Plaintiff that the flooring inside the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, was wet and/or slippery due to environmental and/or non-environmental conditions, about which Defendant, WAL-MART STORES EAST, LP, had, or should have had, knowledge greater than that of the Plaintiff, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property;

kk.   Negligently failing to warn the Plaintiff that the flooring inside the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, was wet and/or slippery due to environmental and/or non-environmental conditions by not placing any signage around said area(s), about which Defendant, WAL-MART STORES EAST, LP, had, or should have had, knowledge greater than that of the Plaintiff, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property; and

ll.   Negligently failing to warn the Plaintiff that the flooring inside the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, was wet and/or slippery due to environmental and/or non-environmental conditions by not placing any cones around said area(s), about which Defendant, WAL-MART STORES EAST, LP, had, or should have had,

knowledge greater than that of the Plaintiff, thus creating a foreseeable zone of risk to customers and/or guests of the business establishment, including the Plaintiff, when traversing around the subject property.

19.     As a result, while the Plaintiff was lawfully on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, on or about December 13, 2022, he slipped and fell in a puddle of water on the floor inside said premises.

20.     The dangerous condition(s) on the floor inside the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, were created by Defendant, WAL-MART STORES EAST, LP, its agents, servants, and/or employees, and/or known to Defendant, WAL-MART STORES EAST, LP, its agents, servants, and/or employees, and/or existed for a sufficient length of time that in the exercise of ordinary care, Defendant, WAL-MART STORES EAST, LP, its agents, servants, and/or employees, should have known of the dangerous condition(s), and/or the dangerous condition(s) occur with regularity and was therefore foreseeable, and thus, Defendant, WAL-MART STORES EAST, LP, its agents, servants, and/or employees, should have taken action to remedy it, but failed to do so, thereby creating a foreseeable zone of risk to customers, including the Plaintiff, when traversing around the subject property.

21.     The dangerous condition(s) associated with the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, were neither open nor obvious.

22.     As a direct and proximate result of Defendant, WAL-MART STORES EAST, LP'S failure to maintain the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, in a reasonably safe condition, or in other words, due to Defendant, WAL-MART STORES EAST, LP'S negligence and/or breach of its non-delegable duty of care, Plaintiff

suffered injury(ies) in and about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future, transportation expenses, and out-of-pocket expenses.  The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

23.     As a direct and proximate result of Defendant, WAL-MART STORES EAST, LP'S failure to correct any dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, or in other words, due to Defendant, WAL-MART STORES EAST, LP'S negligence and/or breach of its non-delegable duty of care, Plaintiff suffered injury(ies) in and about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future, transportation expenses, and out-of-pocket expenses.  The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

24.     As a direct and proximate result of Defendant, WAL-MART STORES EAST, LP'S failure to warn the Plaintiff of any dangerous condition(s) on the subject premises located

at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, had, or should have had, knowledge greater than that of the Plaintiff, or in other words, due to Defendant, WAL-MART STORES EAST, LP'S negligence and/or breach of its non-delegable duty of care, Plaintiff suffered injury(ies) in and about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future, transportation expenses, and out-of-pocket expenses.  The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

25.    As a direct and proximate result of Defendant, WAL-MART STORES EAST, LP'S failure to take action to remedy any dangerous condition(s) on the subject premises located at 6001 Coral Ridge Drive, Coral Springs, FL 33076, about which Defendant, WAL-MART STORES EAST, LP, had actual knowledge and/or constructive knowledge, or in other words, due to Defendant, WAL-MART STORES EAST, LP'S negligence and/or breach of its non-delegable duty of care, Plaintiff suffered injury(ies) in and about his body and extremities, resulting in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation and/or activation of pre-existing injury(ies) and/or condition(s), pre-disposition to further bodily injury(ies), expense of hospitalization, medical and/or nursing services, care, and treatment, loss of earnings in the past and future, loss of the ability to earn in the future, loss of compensation in the past and future,

transportation expenses, and out-of-pocket expenses. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer such losses in the future.

WHEREFORE, Plaintiff, KENNETH CRAWFORD, demands judgment for all damages against Defendant, WAL-MART STORES EAST, LP, in excess of Fifty Thousand Dollars ($50,000.00), as well as taxable costs, expert fees, and for any and all further relief this Honorable Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, KENNETH CRAWFORD, hereby demands trial by jury of all issues so triable as a matter of right.

WHEREFORE, Plaintiff, KENNETH CRAWFORD, demands judgment for all damages against Defendant, WAL-MART STORES EAST, LP, in excess of Fifty Thousand Dollars ($50,000.00), as well as taxable costs, expert fees, and for any and all further relief this Honorable Court deems just and proper under the circumstances.

RESPECTFULLY submitted this 22nd day of March, 2023.

**THE INJURY FIRM**
/s/ Jessica L. Velardi
Jessica L. Velardi, Esq.
Florida Bar No.: 1039695

Paul A. Galsterer, Esq.
Florida Bar No.: 65896
1608 E. Commercial Boulevard
Fort Lauderdale, Florida 33334
Tel.: (954) 951-0000
Fax: (954) 951-1000
Primary E-Mail Service Address:
eservice@flinjuryfirm.com
Secondary E-Mail Address
jessica@flinjuryfirm.com
*Counsel for Plaintiff*